ORIGINAL

FILED

08/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0418

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0418

FILED

AUG - 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BILLY JOE ROGERS,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

ORDER

---

Billy Joe Rogers moves this Court for appointment of counsel in this appeal. He does not provide any grounds. Rogers is incarcerated in the Crossroads Correctional Center in Shelby, Montana.

We observe that the day after Rogers filed his Notice of Appeal, this Court received the record from the Fourth Judicial District Court, Mineral County. On May 1, 2024, the District Court issued an Order denying Rogers's Petition for Post-Conviction Relief.

Rogers is not entitled to court-appointed counsel. Rogers represented himself in the District Court. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Rogers's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Billy Joe Rogers along with a copy of this Court's Appellate Handbook for reference to the Montana Rules of Appellate Procedure and access to its forms.

DATED this 8 day of August, 2024.

For the Court,

By _____
           Chief Justice